# CASE ANNOUNCEMENTS

*December 9, 2013*

[Cite as *12/09/2013 Case Announcements*, 2013-Ohio-5357.]

## MOTION AND PROCEDURAL RULINGS

2012–0497. Wolfe v. Grange Indemn. Ins. Co.

Stark App. No. 2010CA00339, 2012-Ohio-598. This cause is pending before the court as an appeal from the Court of Appeals for Stark County.

Upon consideration of appellants' motion to recaption appellee's November 25, 2013 filing, it is ordered by the court that the motion is denied.

# CASE ANNOUNCEMENTS

*December 10, 2013*

[Cite as *12/10/2013 Case Announcements*, 2013-Ohio-5404.]

## MOTION AND PROCEDURAL RULINGS

2013–1822. State ex rel. Swanson v. Stark Cty. Democratic Cent. Commt.

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

Upon consideration of relators' motion for ancillary injunctive relief, it is ordered by the court that the motion is denied.

# CASE ANNOUNCEMENTS

*December 11, 2013*

[Cite as *12/11/2013 Case Announcements*, 2013-Ohio-5403.]

## MOTION AND PROCEDURAL RULINGS

In re Howard.

On September 24, 2004, this court found Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. 4.03. This court further ordered that Howard was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On December 9, 2013, Howard presented a motion for leave to file a motion to repeal S.Ct.Prac.R. 4.03.

It is ordered by the court that the motion for leave to file a motion is denied.

## MISCELLANEOUS DISMISSALS

2012–1239. State ex rel. Cushion v. Cleveland.

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

Upon consideration of relator's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

2012–1841. State ex rel. Kempinski v. Indus. Comm.

Franklin App. No. 10AP–1144, 2012-Ohio-4125. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.